384 A.2d 1006

Woods v. Woods, Appellant.

Argued November 15, 1977. Gary Kalmeyer, and Kalmeyer and Kalmeyer, submitted a brief for appellant; Howard R. Singer, for appellee.

Order affirmed.

384 A.2d 1007

York International Exchange Corporation, Appellant, v. Farrell.

Argued November 23, 1977. William R. Tighe, Jr., with him Scott E. Becker, for appellant; Henry E. Rea, Jr., with him Brandt, Milnes, Rea and Malone, for appellee.

Judgment affirmed.